**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DEIDRA HABBEB HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 13 CV 7404 |
| | ) | |
| TRANS STATES HOLDINGS, INC., | ) | Honorable Sharon Johnson Coleman |
| TRANS STATES AIRLINES, and | ) | |
| GOJET AIRLINES, | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT GOJET**
**AIRLINES' MOTION TO DISMISS PLAINTIFF'S CLAIMS**
**FOR PUNITIVE AND EMOTIONAL DISTRESS DAMAGES**

Plaintiff, Deidra Habeeb Hall, in response to Defendants GoJet Airlines' Motion to Dismiss Plaintiff's Claims for Punitive and Emotional Distress Damages, states as follows:

1. On March 3, 2014, Defendant GoJet Airlines filed a Motion to Dismiss Plaintiff's request for punitive damages in Courts I and II, and Plaintiff's request for emotional distress damages in Counts I, II and IV of her Complaint.

2. Plaintiff has no object to Defendant GoJet Airlines' motion.


Dated: March 11, 2014         Deidra Habeeb Hall, Plaintiff

                              By:     /s/ Julie E. Diemer
                                      Her Attorney


Julie E. Diemer
Law Office of Julie E. Diemer, LLC
908 N. Wolcott Ave.
Chicago, IL 60622
P (708) 222-7000
F (708) 222-7001
jdiemerlaw@comcast.net