## UNITED STATED DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEIDRA HABBEB HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 13 CV 7404 |
| ) | |
| TRANS STATES HOLDINGS, INC., ) | Honorable Sharon Johnson Coleman |
| TRANS STATES AIRLINES, and ) | |
| GOJET AIRLINES, ) | Magistrate Judge Sheila M. Finnegan |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO: David J. Hayes, III
Leslie E. Cavendar
Trans States Holdings, INc.
11495 Naviad Rd., Suite 340
Bridgeton, MO 63044
dhayes@transstates.net
lcavendar@transstates.net

PLEASE TAKE NOTICE THAT on March 11, 2014, the undersigned caused to be filed, via the Court's electronic CM/ECF filing system, the attached **Plaintiff's Response to Defendant GoJets' Motion to Dismiss Plaintiff's Claim for Punitive Damages and Emotional Distress Damages**, a copy of which is hereby served upon you.

Dated: March 11, 2014          Deidra Habeeb Hall, Plaintiff

                                                        By:    /s/ Julie E. Diemer
                                                               Her Attorney

Julie E. Diemer
Law Office of Julie E. Diemer, LLC
908 N. Wolcott Ave.
Chicago, IL 60622
P (708) 222-7000
F (708) 222-70
jdiemerlaw@comcast.net

**CERTIFICATE OF SERVICE**

TO:    David J. Hayes, III
Leslie E. Cavendar
Trans States Holdings, INc.
11495 Naviad Rd., Suite 340
Bridgeton, MO 63044
dhayes@transstates.net
lcavendar@transstates.net

The undersigned, an attorney, states that on March 11, 2014 before the hour of 5:00 p.m., she caused a copy of Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Claim for Punitive Damages and Emotional Distress Damages upon the foregoing counsel of record via the Court's electronic CM/ECF filing system.

    \_\_\_\_/s/ Julie E. Diemer_____
                  Her Attorney