# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Deidra Hall
                               Plaintiff,

v.                                     Case No.: 1:13−cv−07404
                                              Honorable Sharon Johnson Coleman

GoJet Airlines, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant GoJet's motion to dismiss plaintiff's request for punitive damages in Counts I and II as well as plaintiff's requests for damages for emotional distress in Counts I, II, and IVgranted [6] is granted. Plaintiff's motion to voluntarily dismiss of Trans States Holdings, Inc and Trans States Airlines as defendants [10] is granted. No appearance required on 3/11/2014 or 3/12/2014. Status hearing set for 4/14/2014 at 09:00 AM. The parties are directed to meet and discuss the status of the case. The parties are to file a joint status report by 4/9/2014 in the format described on the court's website at www.ilnd.uscourts.gov. The parties are directed to discuss settlement, and whether they consent to proceed before the Magistrate Judge.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.