## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEIDRA HABEEB HALL, | : | |
| | : | 13 CV 7404 |
| Plaintiff, | : | |
| | : | |
| vs. | : | Assigned Judge: Sharon Johnson Coleman |
| | : | Magistrate Judge: Shelia M. Finnegan |
| GOJET AIRLINES, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF PRESENTMENT

TO: Julie E. Diemer
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402

**PLEASE TAKE NOTICE** that on **Thursday, July 10, 2014 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Shelia M. Finnegan or any judge sitting in her stead in **Courtroom 2214** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present **the following motion attached hereto:**

**Defendant's Motion to Compel Plaintiff's Medical Authorization**

Dated: June 30, 2014

Respectfully Submitted,

*/s/ David J. A. Hayes, III*
David J. A. Hayes, III
Leslie E. Cavender
Trans States Holdings, Inc.
11495 Navaid Road, Suite 340
Bridgeton, MO 63044
(314) 222-4316 – telephone
(314) 222-4311 – facsimile
dhayes@transstates.net
lcavender@transstates.net
**Attorneys for Defendant GoJet Airlines**

**CERTIFICATE OF ELECTRONIC SERVICE**
*Deidra Habeeb Hall v. GoJet Airlines*
13-CV-7404

    I hereby certify that on **June 30, 2014**, I electronically filed the forgoing Notice of Presentment with the Clerk of Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Filing: Julie E. Diemer.

                                                                  */s/ David J. A. Hayes, III*